■ RICHARD A. COLE, M.D., et al., Appellants, v SHARON DELCAMP et al., Respondents. (Appeal No. 2.) [732 NYS2d 603] —Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Reargument.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Burns and Gorski, JJ.